### In re INTERVAL LICENSING LLC, Appellant.

### No. 2014–1775.

United States Court of Appeals, Federal Circuit.

April 17, 2015.

---

Nathan J. Davis, Heim, Payne, Chorush, LLP, Houston, TX, argued for appellant. Also represented by Michael F. Heim, Patrick Finnan, Edell Shapiro and Finnan, Gaithersburg, MD.

Molly R. Silfen, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Nathan K. Kelley, Sydney O. Johnson, Jr., Thomas W. Krause.

NEWMAN, LOURIE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**